# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 23, 2024

> Application GRANTED. Plaintiffs' First Amended Complaint filed October 15, 2024 is accepted.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Dated: October 24, 2024

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *M.S., et al., v. New York City Dep't of Educ., et al.* 24-cv-3715(JHR)

Dear Judge Rearden:

I represent the Plaintiff in this matter and write to respectfully request a short, *nunc pro tunc* extension of time to file Plaintiffs' First Amended Complaint ("FAC") as per the Court's September 17, 2024 order (ECF No. 10). I had filed the FAC by October 7, 2024, the Court's deadline (ECF No. 11) but apparently, I received a deficiency notice on October 8, 2024 (ECF No. 12), for inadvertently neglecting to sign the FAC. This is Plaintiffs' first request for an extension for filing the FAC.

I realized that I received the deficiency late on Friday, October 10, 2024, after it was too late to obtain Defendants' position on this request. I re-filed the complaint with my signature on October 15, 2024. *See* ECF No. 12.

I consulted with Defendants' counsel on October 15 and again today and counsel has advised that Defendants take no position on this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/
Elisa Hyman, Esq.

cc:   Attorneys of Record (via ECF)