USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.S. et al.,

               Plaintiffs,

      -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION et al,

               Defendants.

---

24 Civ. 3715 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiffs filed the Complaint in this action on May 14, 2024. *See* ECF No. 1. On September 16, 2024, Defendants moved to dismiss the Complaint. *See* ECF No. 9. On October 15, 2024, Plaintiffs filed a First Amended Complaint. *See* ECF No. 12.

    In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF. No. 9, is hereby DENIED as moot.

    The Clerk of Court is directed to terminated ECF No. 9.

    SO ORDERED.

Dated: October 28, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge